IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARIEL A. ADLA, a.k..a., RE'NAUL M. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSTON COUNTY COMMISSIONERS, *et al.*, )<br>)<br>Defendants. ) | 1:05-CV-00899-F |

# **ORDER**

On September 26, 2005, the Magistrate Judge filed an Order and Recommendation (Doc. # 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED WITHOUT PREJUDICE for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 28th day of October, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE